## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER T. SLATTERY, a New York resident, <br><br> and <br><br> THE EVERGREEN ASSOCIATION, INC., a New York nonprofit corporation, doing business as Expectant Mother Care and EMC FrontLine Pregnancy Centers, <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW M. CUOMO, in his official capacity as the Governor of the State of New York; ROBERTA REARDON, in her official capacity as the Commissioner of the Labor Department of the State of New York; and LETITIA JAMES, in her official capacity as the Attorney General of the State of New York, <br><br> Defendants. | Case No. 1:20-cv-00112-GTS-TWD <br><br> **NOTICE OF RELATED CASE** |

**Related cases defined** – A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning the cases to the same judge and same magistrate judge.

Application is made to the District Court requesting that the case of ***Slattery and The Evergreen Association, et al. v. Cuomo, James, and Reardon***, Civil Action No. 1:20-cv-00112-GTS-TWD, which was randomly assigned to the Honorable Glenn T. Suddaby, U.S.D.J., be reassigned to the Honorable Thomas J. McAvoy, U.S.D.J., based on the following reason. (Please note that General Order 12, Section G(5) discusses related cases and should be referenced prior to filing this notice.)

The case before Judge McAvoy, ***CompassCare, et al. v. Cuomo, James, and Reardon***, Civil Action No. 1:19-cv-01409-TJM-DJS, involves a challenge to the same state statute with the same issues and the same defendants.

Pursuant to Section G(5) of General Order 12, I have conferred in good faith with all other parties in an effort to reach an agreement on whether or not the case is related.

All parties are in agreement.

Dated: March 4, 2020

<u>s/ Christopher A. Ferrara (Bar No. 51198)</u>
CHRISTOPHER A. FERRARA, ESQ.
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: (718) 357-1040
cferrara@thomasmoresociety.org
Special Counsel to the
**Thomas More Society**
309 West Washington Street, Suite 1250
Chicago, Illinois, 60606

J. Matthew Belz #MO-61088
Clayton Plaza Law Group
112 South Hanley, Second Floor
St. Louis, Missouri 63105-3418
Phone: (314) 726-2800
Fax: (314) 863-3821
jmbelz@olblaw.com
*(Pro hac vice)*

*Attorneys for Plaintiffs*
