UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────

CHRISTOPHER T. SLATTERY, a New York resident,
and THE EVERGREEN ASSOCIATION, INC.,
a New York nonprofit corporation, doing business as
Expectant Mother Care and EMC FrontLine Pregnancy
Centers,

                                          *Plaintiffs*,

-against-

ANDREW M. CUOMO, in his official capacity as
the Governor of the State of New York;
ROBERTA REARDON, in her official capacity as
the Commissioner of the Labor Department of the
State of New York; and LETITIA JAMES, in her
official capacity as the Attorney General of the
State of New York,

                                          *Defendants*.

**NOTICE OF MOTION**
20-CV-0112
TJM/DJS

───────────────────────────────

PLEASE TAKE NOTICE that upon the complaint, the accompanying memorandum of law, and all prior proceedings, defendants Andrew M. Cuomo, Letitia James and Roberta Reardon, on June 26, 2020 at 10:00 a.m., or as soon thereafter as counsel can be heard, will make a motion at the United States District Court, Northern District of New York, Binghamton, New York, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the complaint in its entirety with prejudice, together with such other or further relief as may be just.

**Pursuant to agreement of the parties, Dkt. No. 20-1, Plaintiffs' response to this motion shall be filed on or before May 18, 2020, and Defendant's reply shall be filed on or before June 3, 2020.**

Dated: Albany, New York
April 20, 2020

                        LETITIA JAMES
                        Attorney General of the State of New York
                            Attorney for Defendants Andrew M. Cuomo,
                                Letitia James and Roberta Reardon
                        The Capitol
                        Albany, New York  12224

                        By: *s/ Adrienne J. Kerwin*
                        Adrienne J. Kerwin
                        Assistant Attorney General, of Counsel
                        Bar Roll No. 105154
                        Telephone: (518) 776-2608
                        Fax::   (518) 915-7738 (Not for service of papers)
                        Email: Adrienne.Kerwin@ag.ny.gov

To:    Kenneth Connelly, Esq. (via ECF)
        David A. Cortman, Esq. (via ECF)
        Kevin Theriot, Esq. (via ECF)
        James P. Trainor, Esq. (via ECF