**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| CHRISTOPHER T. SLATTERY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00112-TJM-DJS |
| | ) | |
| ANDREW M. CUOMO, et al., | ) | **NOTICE OF APPEAL** |
| | ) | |
| Defendants. | ) | |

Notice is hereby given that Christopher T. Slattery and The Evergreen Association, Inc., doing business as Expectant Mother Care and EMC Frontline Pregnancy Centers, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for Second Circuit from the final judgment entered in this action on the 31st day of March, 2021.

CLAYTON PLAZA LAW GROUP

/s/ J. Matthew Belz
Timothy Belz #701748
J. Matthew Belz #701670
Clayton Plaza Law Group
112 South Hanley, Second Floor
St. Louis, Missouri 63105-3418
Phone: (314) 726-2800
Fax: (314) 863-3821
tbelz@olblaw.com
jmbelz@olblaw.com

*Attorneys for Plaintiffs*

1

2

**<u>Certificate of Service</u>**

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 8th day of April, 2021 using the Court's online filing system.

/s/ J. Matthew Belz