# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of July, two thousand twenty-three.

_____

Christopher T. Slattery, a New York resident, and The Evergreen Association, Inc., a New York Nonprofit Corporation, Doing Business As Expectant Mother Care and EMC Frontline Pregnancy Centers,

      Plaintiffs - Appellants,

v.

Kathleen C. Hochul, in her official capacity as the Governor of the State of New York; Roberta Reardon, in her official capacity as the Commissioner of the Labor Department of the State of New York; and Letitia James, in her official capacity as the Attorney General of the State of New York,

      Defendants - Appellees.

_____

**STATEMENT OF COSTS**

Docket No. 21-911

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,078.00 in favor of the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/26/2023