UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE EVERGREEN ASSOCIATION, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> KATHY HOCHUL, et al., ) <br> ) <br> Defendants. ) | Case No. 20-CV-112 TJM/DJS <br><br> **SUGGESTION OF DEATH OF CHRISTOPHER SLATTERY** |

The undersigned and Plaintiff The Evergreen Association, Inc. (Evergreen) hereby notify the Court that Plaintiff Christopher T. Slattery died on November 22, 2023.

Rev. Jim Harden has taken over as president of Evergreen. Rev. Harden is carrying on business as usual at Evergreen with the same principles regarding employment decisions (as they relate to this case). The parties are proceeding with discovery.

Dated: December 12, 2023                              CLAYTON PLAZA LAW GROUP

/s/ J. Matthew Belz
J. Matthew Belz #MO-61088
112 South Hanley, Second Floor
St. Louis, Missouri 63105-3418
Phone: (314) 726-2800
Fax: (314) 863-3821
jmbelz@olblaw.com

Christopher A. Ferrara (CF-7123)
148-29 Cross Island Parkway
Whitestone, Queens, New York 11357
Telephone: (718) 357-1040
cferrara@thomasmoresociety.org
Special Counsel to the
**Thomas More Society**
309 West Washington Street, Suite 1250
Chicago, Illinois, 60606

*Attorneys for Plaintiff*

2

**Certificate of Service**

The undersigned hereby certifies that the foregoing document was served on all registered parties on this 12th day of December, 2023 using the Court's online filing system.

/s/ *J. Matthew Belz*